No. 513

WHELLING TRAC. CO. v. PUB. UTIL. COM. No. 19027. Supreme Court Error to Public Utilities Commission, Dock. March 18, 1925; 3 Abs. 198.

973. PUBLIC UTILITIES—Duties of applicant for certificate of public convenience and necessity; 614-91 GC.

In January, 1925, the Wheeling Traction Co. petitioned the commission to revoke the certificate of public convenience and necessity granted the Steubenville-Rayland and Dillonvale Transportation Co., to operate a bus line. In its petition, the Traction Co. set up that it had no notice of the filing of the application for the certificate by the Transportation Co. until Jan. 21, 1925, ten months after it was granted, or that the Transportation Co. accompanied such application by a statement showing the names and addresses of all the persons, firms or corporation furnishing similar service by means of motor propelled vehicles, steam or electric service between the points or along any portion of the route contemplated by the Transportation Co. Traction Co. averred that there should have been mentione made of other common carriers furnishing transportation to the points in question; the Traction Co. being one of three to so furnish service. It was also averred that busses of the Transportation Co. commenced running over the route December, 1924, and the certificate of public convenience and necessity was issued March, 1924. For these reasons it was alleged, it should be revoked.

At the hearing, proof tending to show that the Traction Co. had no knowledge of the application until ten months after it was filed was excluded. A rehearing was denied and the Traction Co. in taking the case to the Court of last resort, contend:

That the Transportation Co. in publishing a notice did not conform to specifications in 614-91 GC., in that it failed to set forth (1) the number of motor vehicles to be used, (2) the number of trips to be made daily, (3) the address of the applicant.

That the Commission is a quasi judicial tribunal of limited and special jurisdiction, and for that reason should be required to strictly follow the law under which it proceeds, in all matters which are essential to its power to act.

Attorneys—Gordon D. Kinder, Martins Ferry for Traction Co.; C. C. Crabbe and J. W. Bricker, Columbus, for Commission.

Supreme Court, Cont'd. from pg. 328

the duty of George, if he wished to obtain the rebate, to see that the payment reached the Company within the time fixed by the contract. Judgment for defendant.

Attorneys—J. K. Harrison for George, Harrington, DeFord, Huxley & Smith for Power Co.

## PUBLISHER'S COLUMN

# The Ohio Law Abstract

Entered as second class matter, February 28, 1923, at the Post Office, Cleveland, Ohio, under the Act of March 3, 1879

Issued Every Wednesday        50 Weeks of the Year

SUBSCRIPTION PRICES AND TERMS

One year (50 issues) Payable in Advance......$15.00
Single Numbers..................................................35

When cash is mailed to us in advance 20 per cent discount

Address all communications to

THE LAW ABSTRACT COMPANY

13916 Euclid Avenue, Cleveland, O.
P. O. Box 55, East Cleveland Sta.

## EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their subscription is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

## TERRITORIAL LAWS

A short time ago the Law Abstract Co. announced the republication of Vol. 1 Laws of the Northwest Territory of the United States, in which are to be found the First Laws of the region of which Ohio was anciently a part. The book was published in 1792 and has been out of print, about a century, the original edition having been but 200 copies, and never before reprinted. Original copies are now so scarce, that they have been sold for as high as $200.

After filling the advance orders we received, we have some copies for sale.

It should be remembered that our edition is limited to 300 copies, and our surplus will soon be exhausted.

We are now ready to place the book on sale in Indiana, Illinois, Michigan and Wisconsin, the states that with Ohio, were erected from this Territory, and in each of which the interest should be as great as it is in Ohio.

Some of the Territorial laws were afterwards reenacted by the First Ohio Legislature, but the copies are not in the original language and form. The substance of many, of them is part of the Ohio General Code.

While the book is valuable as a historical work, it will be useful, off-times, in tracing out the resemblance and relation between present statutes and preceding ones, in weighing adjudications formerly made, and considering how far they are precedents.

This republication contains a valuable Commentary describing the beginnings of Law and